JS-6 / ENTERED

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 1-8-14

DEPUTY CLERK

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 8 2014

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD BUSTAMANTE, | ) | Case No. CV 13-7926-ABC (JPR) |
| Plaintiff, | ) | |
| vs. | ) | **J U D G M E N T** |
| VENTURA COUNTY SHERIFF'S DEP'T et al., | ) | |
| Defendants. | ) | |

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: 1/2/2013

_____
AUDREY B. COLLINS
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 8 2014

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY